IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rels. TINA CALILUNG & JAMIE KELL, | 3:14-cv-00325-HDM-VPC |
| Plaintiffs/Relators, | ORDER |
| vs. | |
| ORMAT INDUSTRIES, LTD., *et al.*, | |
| Defendants. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

Dated this 30th day of June, 2014.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE