# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* TINA CALILUNG & JAMIE ) <br> KELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ORMAT INDUSTRIES, LTD., ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | | 3:14-CV-0325-RCJ (VPC) <br><br><br><br> **MINUTES OF THE COURT** <br><br> September 6, 2016 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     The court has reviewed the parties' joint case status report advising that this case has been resolved (ECF No. 260).  Therefore, this case is hereby **STAYED** until the parties file a stipulation to dismiss.  The parties shall have to **Monday, October 3, 2016** to file a stipulation to dismiss or a joint status report advising the court of the progress of the finalization of the settlement.

     Ormat defendants' request for a modified order on relators' motion to compel privileged documents (ECF No. 256) is **DENIED as moot.**

     **IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

                                       By:          /s/
                                             Deputy Clerk