FILED ☑    RECEIVED ___
           SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT - 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA
ex rel. TINA CALILUNG &
JAMIE KELL,

   Plaintiffs/Relators,

v.

ORMAT INDUSTRIES, LTD., et al.

   Defendants.

Case No. 3:14-cv-325-RCJ(VPC)

**JOINT CASE STATUS REPORT**

ORDER

  On August 30, 2016, the parties engaged in a mediation resulting in an agreed resolution of this matter, with the terms of the resolution documented in a Term Sheet executed by counsel for Relators, counsel for Defendants, and a representative of the government. (ECF No. 260). Dismissal of this action is contingent upon execution of a more detailed Settlement Agreement, which the U.S. Department of Treasury and the U.S. Department of Justice must review. This review process is ongoing and has taken longer than the parties anticipated at the time of their last status report. The Assistant United States Attorney who has been assigned to this matter informed the parties that the Treasury Department formally confirmed the language contained within the Settlement Agreement today, and that the Department of Justice's review will now commence and will take at least an additional week. Accordingly, the parties request an extension of the current stay. (ECF. No. 261). The parties propose filing an additional status report on or before October 17, 2016, to either (a) further update the Court as to the status of the government approvals and/or other settlement finalization progress or (b) file a stipulation of dismissal.

  Respectfully submitted this Monday, October 03, 2016.

| | |
|---|---|
| */s/ John A. Yanchunis* | */s/ Mark R. Troy* |
| John A. Yanchunis, Esq. *(Pro Hac Vice)* | Mark R. Troy, Esq. *(pro hac vice)* |
| James D. Young, Esq. *(Pro Hac Vice)* | Nimrod Aviad *(pro hac vice)* |
| Patrick A. Barthle II, Esq. *(Pro Hac Vice)* | Megan Weisgerber *(pro hac vice)* |
| | Crowell & Moring LLP |

1
JOINT CASE STATUS REPORT

LAACTIVE-602499255.1

| | | |
|---|---|---|
| 1 | MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 North Franklin Street, 7th Floor | 515 South Flower St. 40th Floor<br>Los Angeles, CA 90071-2258 |
| 2 | Tampa, Florida 33602<br>Office: 813-223-5505 | Direct 213.443.5576<br>mtroy@crowell.com |
| 3 | Fax: 813-223-5402 | naviad@crowell.com<br>mweisgerber@crowell.com |
| 4 | jyanchunis@forthepeople.com<br>jyoung@forthepeople.com | Charlotte E. Gillingham, Esq. (Pro Hac Vice) |
| 5 | pbarthle@forthepeople.com | CROWELL & MORING LLP<br>1001 Pennsylvania Ave., NW |
| 6 | Peter J. Mougey, Esq. (Pro Hac Vice) | Washington, DC 20004<br>Telephone: 202.624.2500 |
| 7 | Christopher G. Paulos, Esq. (Pro Hac Vice)<br>Laura S. Dunning, Esq. (Pro Hac Vice) | Facsimile: 202.628.5116<br>cgillingham@crowell.com |
| 8 | LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>RAFFERTY & PROCTOR P.A. | John Frankovich, Esq. (NSBN 665) |
| 9 | 316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502 | Matthew C. Addison, Esq. (NSBN 4201)<br>Jessica Woelfel, Esq. (NSBN 11885) |
| 10 | Office: 850-435-7067 | MCDONALD CARANO WILSON LLP<br>100 West Liberty Street, 10th Floor |
| 11 | Fax: 850-436-6066<br>pmougey@levinlaw.com | Reno, Nevada 89501<br>Telephone: (775) 788-2000 |
| 12 | cpaulos@levinlaw.com<br>ldunning@levinlaw.com | Facsimile: (775) 788-2020 |
| 13 | | *Counsel for Defendants Ormat Technologies,* |
| 14 | Don Springmeyer, Esq. (NSBN 1021) | *Inc., Ormat Nevada, Inc., ORNI 18, LLC, and*<br>*Puna Geothermal Venture GP* |
| 15 | WOLF, RIFKIN, SHAPIRO, SCHULMAN<br>& RABKIN, LLP | |
| 16 | 3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120 | |
| 17 | Office: 702-341-5200<br>Fax: 702-341-5300 | |
| 18 | DSpringmeyer@wrslawyers.com | |
| 19 | *Counsel for Plaintiffs/Relators* | |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: October 4, 2016

2
JOINT CASE STATUS REPORT

LAACTIVE-602499255.1

# CERTIFICATE OF SERVICE

I hereby certify that on this Monday, October 03, 2016, a copy of the Joint Case Status Report has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ *John A. Yanchunis*