[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TINA CALILUNG & JAMIE KELL, <br><br>Plaintiffs/Relators, <br><br>v. <br><br>ORMAT INDUSTRIES, LTD., et al. <br><br>Defendants. | Case No. 3:14-cv-325-RCJ(VPC) <br><br>**JOINT CASE STATUS REPORT** |



✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 18 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Pursuant to the parties' most recent status report (ECF No. 262) and this Court's approval of same (ECF No. 263), the parties submit this Joint Status Report. The Assistant United States Attorney who has been assigned to this matter informed the parties that the Treasury Department formally confirmed the language contained within the Settlement Agreement on October 3, 2016. Thereafter, the Department of Justice's review began. The Department of Justice approved the agreement today, October 17th. The parties will now set about executing the final agreement. Accordingly, the parties request an extension of the current stay. The parties propose filing an additional status report on or before October 24, 2016, to either (a) further update the Court as to the status of the settlement finalization or (b) file a stipulation of dismissal.

Respectfully submitted this Monday, October 17, 2016.

/s/ John A. Yanchunis
John A. Yanchunis, Esq. (Pro Hac Vice)
James D. Young, Esq. (Pro Hac Vice)
Patrick A. Barthle II, Esq. (Pro Hac Vice)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Office: 813-223-5505
Fax: 813-223-5402

/s/ Mark R. Troy
Mark R. Troy, Esq. (pro hac vice)
Nimrod Aviad (pro hac vice)
Megan Weisgerber (pro hac vice)
Crowell & Moring LLP
515 South Flower St. 40th Floor
Los Angeles, CA 90071-2258
Direct 213.443.5576
mtroy@crowell.com
naviad@crowell.com
mweisgerber@crowell.com

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: _____

| | | |
|---|---|---|
| 1 | jyanchunis@forthepeople.com | |
| | jyoung@forthepeople.com | Charlotte E. Gillingham, Esq. *(Pro Hac Vice)* |
| 2 | pbarthle@forthepeople.com | CROWELL & MORING LLP |
| | | 1001 Pennsylvania Ave., NW |
| 3 | Peter J. Mougey, Esq. *(Pro Hac Vice)* | Washington, DC  20004 |
| | Christopher G. Paulos, Esq. *(Pro Hac Vice)* | Telephone:  202.624.2500 |
| 4 | Laura S. Dunning, Esq. *(Pro Hac Vice)* | Facsimile:  202.628.5116 |
| 5 | LEVIN, PAPANTONIO, THOMAS, MITCHELL, | cgillingham@crowell.com |
| | RAFFERTY & PROCTOR P.A. | John Frankovich, Esq. (NSBN 665) |
| 6 | 316 S. Baylen Street, Suite 600 | Matthew C. Addison, Esq. (NSBN 4201) |
| | Pensacola, Florida 32502 | Jessica Woelfel, Esq. (NSBN 11885) |
| 7 | Office: 850-435-7067 | MCDONALD CARANO WILSON LLP |
| | Fax: 850-436-6066 | 100 West Liberty Street, 10th Floor |
| 8 | pmougey@levinlaw.com | Reno, Nevada 89501 |
| | cpaulos@levinlaw.com | Telephone: (775) 788-2000 |
| 9 | ldunning@levinlaw.com | Facsimile:  (775) 788-2020 |
| 10 | | *Counsel for Defendants Ormat Technologies,* |
| 11 | Don Springmeyer, Esq. (NSBN 1021) | *Inc., Ormat Nevada, Inc., ORNI 18, LLC, and* |
| | WOLF, RIFKIN, SHAPIRO, SCHULMAN | *Puna Geothermal Venture GP* |
| 12 | & RABKIN, LLP | |
| | 3556 E. Russell Road, 2nd Floor | |
| 13 | Las Vegas, Nevada 89120 | |
| 14 | Office: 702-341-5200 | |
| | Fax: 702-341-5300 | |
| 15 | DSpringmeyer@wrslawyers.com | |
| 16 | *Counsel for Plaintiffs/Relators* | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this Monday, October 17, 2016, a copy of the Joint Case Status Report has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ *John A. Yanchunis*