[Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
ex rel. TINA CALILUNG &
JAMIE KELL,

               Plaintiffs/Relators,

v.

ORMAT INDUSTRIES, LTD., et al.

               Defendants.

_____/

**Case No. 3:14-cv-325-RCJ(VPC)**

## JOINT STIPULATION OF DISMISSAL

      Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Relators, Tina Calilung and Jamie Kell, along with Defendants Ormat Technologies, Inc., Ormat Nevada, Inc., ORNI 18, LLC, and Puna Geothermal Venture GP, hereby jointly stipulate to dismiss this matter with prejudice. Counsel for the United States of America will separately file a notice of written consent to dismissal, as required under 29 U.S.C. § 3730(b)(1).

      Respectfully submitted this 4th day of November 2016.

  _/s/ John A Yanchunis_____
John A. Yanchunis, Esq. *(Pro Hac Vice)*
James D. Young, Esq. *(Pro Hac Vice)*
Patrick A. Barthle II, Esq. *(Pro Hac Vice)*
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Office: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com
jyoung@forthepeople.com
pbarthle@forthepeople.com

Peter J. Mougey, Esq. *(Pro Hac Vice)*
Christopher G. Paulos, Esq. *(Pro Hac Vice)*
Laura S. Dunning, Esq. *(Pro Hac Vice)*

  _/s/ Mark R. Troy_____
Mark R. Troy, Esq. *(pro hac vice)*
Nimrod Aviad (*pro hac vice*)
Megan Weisgerber (*pro hac vice*)
Crowell & Moring LLP
515 South Flower St. 40th Floor
Los Angeles, CA 90071-2258
Direct 213.443.5576
mtroy@crowell.com
naviad@crowell.com
mweisgerber@crowell.com

Charlotte E. Gillingham, Esq. (Pro Hac Vice)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

1
JOINT STIPULATION OF DISMISSAL

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Office: 850-435-7067
Fax: 850-436-6066
pmougey@levinlaw.com
cpaulos@levinlaw.com
ldunning@levinlaw.com

Don Springmeyer, Esq. (NSBN 1021)
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Office: 702-341-5200
Fax: 702-341-5300
DSpringmeyer@wrslawyers.com

*Counsel for Plaintiffs/Relators*

cgillingham@crowell.com

John Frankovich, Esq. (NSBN 665)
Matthew C. Addison, Esq. (NSBN 4201)
Jessica Woelfel, Esq. (NSBN 11885)
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020

*Counsel for Defendants Ormat Technologies,*
*Inc., Ormat Nevada, Inc., ORNI 18, LLC, and*
*Puna Geothermal Venture GP*

2
JOINT STIPULATION OF DISMISSAL

LAACTIVE-602518625.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November 2016, a copy of this Stipulation of Dismissal has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s     Megan A. Weisgerber*

3
JOINT STIPULATION OF DISMISSAL