DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TINA CALILUNG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORMAT INDUSTRIES, LTD., *et al.*, <br><br> Defendants. | Case No.: 3:14-cv-325-RCJ-VPC |

## CONSENT TO DISMISSAL

The United States (Plaintiff) hereby notifies the Court and the relators, pursuant to 31 U.S.C. § 3730(b)(1), that it consents to the dismissal of this action with prejudice. The reasons for providing this consent are that the Plaintiff has reviewed the terms of the settlement between relators, defendants, and the United States, and finds the terms of that settlement to be fair, just, and reasonable.

///

///

///

1 | Dated: November 7, 2016

2 |                                              DANIEL G. BOGDEN
   |                                              United States Attorney
3 |
4 |                                               */s/ Roger W. Wenthe*
   |                                              ROGER W. WENTHE
5 |                                              Assistant United States Attorney

**PROOF OF SERVICE**

I, Roger W. Wenthe, certify that the following individuals were served with copies of the foregoing document, on the date shown by the below identified method of service:

<u>Electronic Case Filing:</u>

All counsel of record

Dated: November 7, 2016

                                                         */s/ Roger W. Wenthe*
                                                         ROGER W. WENTHE
                                                         Assistant United States Attorney